| | |
|---|---|
| 1 | Michael A. Gould  (SBN 151851) |
| 2 | Aarin A. Zeif (SBN 247088) |
|   | GOULD & ASSOCIATES |
| 3 | A Professional Law Corporation |
| 4 | 17822 E. 17th Street, Suite 106 |
|   | Tustin, California 92780 |
| 5 | Telephone:  (714) 669-2850 |
| 6 | Telecopier:  (714) 544-0800 |
| 7 | Stephen A. Madoni |
| 8 | LAW OFFICES OF STEPHEN A. MADONI |
|   | A Professional Corporation |
| 9 | 3700 Newport Boulevard, Suite 206 |
| 10 | Newport Beach, Ca 92663 |
| 11 | Attorney for Plaintiffs |
| 12 | Brandi Tavis, individually, |
|   | and on behalf of other members |
| 13 | of the general public similarly situated |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 16 | BRANDI TAVIS, individually, and on behalf of other members of the general public similarly situated, | ) **CASE NO.: SA 10-CV-01111 CJC(JEMx)** |
| 17 | | ) *[Honorable Cormac J. Carney ]* |
| 18 | | ) |
| 19 | Plaintiff, | ) **JUDGMENT** |
| 20 | | ) |
| 21 | v. | ) **Date: November 21, 2011** |
| 22 | CHILDTIME CHILDCARE, INC. a California Corporation, LEARNING CARE GROUP, INC., a Michigan Corporation, TUTORTIME LEARNING CENTERS LLC, LA PETITE ACADEMY, INC. and DOES 1 through 100, Inclusive, | ) **Time: 1:30 p.m.** |
|    |   | ) **Courtroom: 9B** |
| 23 |   | ) |
| 24 |   | ) Case Filed: October 20, 2009 |
| 25 |   | ) Trial Date: None Set |
| 26 | Defendants. | ) |

1

**JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED THAT:**

Pursuant to FRCP, Rule 58, judgment is entered in this matter on the terms set forth in the following orders:

(1) Order Granting Final Approval of Class Action Settlement and Awarding Attorneys' Fees, Litigation Expenses and Class Representative Enhancement.

Dated: November 21, 2011

*/s/ Cormac J. Carney*

Hon. Cormac J. Carney

U.S. District Judge